**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-6467**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

POMP BLACKMON,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Dennis W. Shedd, District Judge.
(CR-98-1126, CA-00-2451-0-19)

─────────────

Submitted:  August 24, 2001        Decided:  September 20, 2001

─────────────

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Pomp Blackmon, Appellant Pro Se.  Marshall Prince, OFFICE OF THE
UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Pomp Blackmon seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.[*] United States v. Blackmon, Nos. CR-98-1126; CA-00-2451-0-19 (D.S.C. Feb. 15, 2001). Further, we deny Blackmon's motions to vacate his convictions and dismiss the indictment and to amend his informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

DISMISSED

---

[*] We recently noted in United States v. Sanders, 247 F.3d 139, 146 (4th Cir. 2001), that the new rule announced in Apprendi v. New Jersey, 530 U.S. 466, 490 (2000), is not retroactively applicable to cases on collateral review. Accordingly, Blackmon's Apprendi claim is not cognizable.